HAYDEN R. PACE, SBN 219627
hpace@stokeswagner.com
ADAM L. PARRY, SBN 259937
aparry@stokeswagner.com
NEGEEN AMIRIEH, SBN 343637
namirieh@stokeswagner.com
STOKES WAGNER ALC
15250 Ventura Blvd., Suite 710
Sherman Oaks, CA 91403
Telephone:    (213) 618-4128
Facsimile:     (619) 232-4840

Attorneys for Defendants WILSHIRE HM, LLC, SANTA MONICA PROPER JV, LLC, and PROPER HOSPITALITY, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DISTRICT

| | |
|---|---|
| CHELSEA KUPITZ, ERIC BLOCK, in their individual and representative capacities,<br><br>Plaintiff,<br><br>vs.<br><br>WILSHIRE HM, LLC; SANTA MONICA PROPER JV, LLC; and PROPER HOSPITALITY, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.<br><br>**DEFENDANTS' CERTIFICATION AND DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |

**DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(A) (FEDERAL QUESTION)**

Pursuant to Civil LR 3-15, the undersigned counsel of record for Defendants WILSHIRE HM, LLC, SANTA MONICA PROPER JV, LLC, and PROPER HOSPITALITY, LLC ("Defendants") certify that as of this date, other than the named parties, there is no such interest to report.

DATED: September 4, 2025

                               STOKES WAGNER, ALC

                               By: _____
                                   ADAM L. PARRY
                                   HAYDEN R. PACE
                                   NEGEEN AMIRIEH
                                   Attorneys for Defendants WILSHIRE HM, LLC, SANTA MONICA PROPER JV, LLC, and PROPER HOSPITALITY, LLC

**DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(A) (FEDERAL QUESTION)**

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of the foregoing "DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION)" was electronically filed using the Court's CM/ECF system, and a true and correct copy has been sent by electronic mail to counsel of record below:

Alexander H. Winnick

WINNICK LAW, PC

2450 Colorado Ave., Suite 100E

Santa Monica, CA 90404

aw@winlawpc.com


Maurice R. Mitts

MITTS LAW, LLC

1822 Spruce Street

Philadelphia, PA 19103

mmitts@mittslaw.com


Evan Murphy

MURPHY ADVOCATES LLC

338 Selma Avenue

St. Louis, MO 63119

evan@murphyadvocates.com

/ / /

/ / /

/ / /

/ / /

/ / /

3
**DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(A) (FEDERAL QUESTION)**

Case 2:25-cv-09016-JAK-JC   Document 2   Filed 09/22/25   Page 4 of 4   Page ID #:48

1  DATED: September 22, 2025

2

3                                         STOKES WAGNER, ALC

4                                By: _____

5                                     ADAM L. PARRY
                                      HAYDEN R. PACE

6                                     NEGEEN AMIRIEH
                                    Attorneys for Defendants WILSHIRE HM,

7                                     LLC, SANTA MONICA PROPER JV, LLC,
                                    and PROPER HOSPITALITY, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4
DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(A) (FEDERAL QUESTION)