Alexander H. Winnick, State Bar # 239430
WINNICK LAW, PC
2450 Colorado Ave., Suite 100E
Santa Monica, CA 90404
aw@winlawpc.com
p: (424) 317-7411
c: (310) 415-5594

Evan Murphy (admitted *pro hac vice*)
MURPHY ADVOCATES LLC
999 18th Street, Suite 300
Denver, CO 90203
evan@murphyadvocates.com
p: (314) 753-5212

Attorneys for Plaintiffs CHELSEA KUPITZ, ERIC BLOCK, in their individual and representative capacities

# UNITED STATE DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA- WESTERN DISTRICT

| | |
|---|---|
| CHELSEA KUPITZ, ERIC BLOCK, in their individual and representative capacities<br><br>               Plaintiffs,<br>     vs.<br><br>WILSHIRE HM, LLC; SANTA MONICA PROPER JV, LLC; and PROPER HOSPITALITY, LLC; and DOES 1 through 20, inclusive,<br><br>               Defendant(s). | Case No.:   **2:25-cv-09016 JAK (JCx)**<br><br>**JOINT STIPULATION TO REMAND ACTION TO LOS ANGELES SUPERIOR COURT**<br><br>Dept   :   Courtroom 10C<br>Judge  :   Hon. John A. Kronstadt |

Pursuant to 28 U.S.C. § 1447(c) and Central District Local Rule 7-1, Plaintiffs Chelsea Kupitz and Eric Block ("Plaintiffs") and Defendants Wilshire HM, LLC; Santa Monica Proper JV, LLC; and Proper Hospitality, LLC ("Defendants") by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On August 18, 2025, Plaintiffs in their individual and representative capacities, filed a Class Action Complaint in the Superior Court of the State of California, County of Los Angeles (Case No. 25STCV24280) against Defendants for (1) Failure to pay minimum wage in violation of the Santa Monica Hotel Worker Living Wage Ordinance (S.M.M.C § 4.63.015); (2) Unpaid Continuing Wages (Cal. Lab. Code §§ 204, 210); (3) Unfair Business Practices (Cal. Bus. & Prof. Code § 17200, et. seq.), and (4) Failure to provide accurate wage statements (Cal. Lab. Code § 226).

2. On September 22, 2025, Defendants filed a Notice of Removal of Action under 28 U.S.C. § 1441(a) from the Superior Court of California, County of Los Angeles;

3. Plaintiffs drafted a Motion to Remand, asserting that the Complaint alleges only state and municipal law claims and that no federal question jurisdiction exists under 28 U.S.C. § 1331;

4. On October 21st at least the required 7 days prior to filing, counsel for the Parties engaged in meet and confer telephone conference pursuant to Local Rule 7-3 of the Local Rules, whereupon the parties discussed the caselaw in support of remanding the action.

5. On October 24, 2025, counsel for Defendants contacted counsel for Plaintiffs to inform him that Defendants agreed to stipulate that this Action should be remanded to the Superior Court of California, County of Los Angeles. Defendants' counsel thereby agreed to a joint stipulation to remand the action.

The parties therefore stipulate and respectfully request that the Court enter an order remanding this case to Los Angeles County Superior Court pursuant to 28 U.S.C. § 1447(c).

The parties further agree that each side shall bear its own attorneys' fees and costs incurred solely in connection with the removal of this action to federal court and the preparation and filing of any motion or stipulation to remand. However by entering into this stipulation, Plaintiffs do not waive and expressly preserve their rights to recover these and any other attorneys' fees, costs, penalties, or any other monetary relief to which they may be entitled under applicable law—including but not limited to Santa Monica Municipal Code § 4.63.110(b), California Labor Code

§ 226(e), and California Business & Professions Code § 17200 et seq.—should this case proceed to judgment or settlement. Defendants reserve the right to oppose the awarding of such fees.

      IT IS SO STIPULATED.

Dated: October 31, 2025

Respectfully submitted,

/s/ Alexander H. Winnick
Winnick Law, PC
Alexander H. Winnick
CA Bar No. 239430
2450 Colorado Ave., Suite 100E
Santa Monica, CA 90404
(424) 317-7411
aw@winlawpc.com

Attorneys for Plaintiffs CHELSEA KUPITZ, ERIC BLOCK and the Proposed Class

/s/ Alexander K. Spellman
Gordon Rees Scully Mansukhani LLP
Alexander K. Spellman
Cal. Bar No. 250398
633 West Fifth Street, Suite 5200
Los Angeles, CA 90071
213-576-5000
aspellman@grsm.com

Attorneys for Defendants WILSHIRE HM, LLC, PROPER HOSPITALITY, LLC, SANTA MONICA PROPER JV, LLC