1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA KUPITZ, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br>WILSHIRE HM, LLC, et al.,<br><br>　　　　Defendants. | No. 2:25-cv-09016 JAK (JCx)<br><br>**ORDER RE JOINT STIPULATION TO REMAND ACTION TO LOS ANGELES SUPERIOR COURT (DKT. 17)**<br><br>**[CASE CLOSED JS6]** |

On October 31, 2025, the parties filed a Joint Stipulation to Remand Action to Los Angeles Superior Court ("Stipulation" (Dkt. 17)). The Stipulation is **APPROVED**. This action is REMANDED to the Superior Court of the State of California for the County of Los Angeles, Case No. 25STCV24280, at its Spring Street Courthouse.

Each Party shall bear its own fees, costs, and expenses incurred in connection with the removal and remand of this action, provided, however, Plaintiffs do not waive their right to recover attorney's fees and costs with respect to remand should this action result in a judgment in favor of Plaintiffs or a settlement.

**IT IS SO ORDERED.**

Dated: November 3, 2025

John A. Kronstadt
United States District Judge